# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

RAHEEM BROWN EX. REL : No. 17 EM 2015
COMMONWEALTH OF PENNSYLVANIA, :
                          :
             Petitioner      :
                          :
                          :
          v.                :
                          :
                          :
SUPERINTENDENT S.C.I. COAL    :
TOWNSHIP VINCENT T. MOONEY,   :
                          :
             Respondent     :

## ORDER

**PER CURIAM**

       **AND NOW**, this 20th day of March, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus is **DENIED**.